HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-330RSL |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING RENEWED |
| v. ) | MOTION FOR EARLY |
| ) | TERMINATION OF SUPERVISED |
| BRUCE EDWARD SMITH, ) | RELEASE |
| ) | |
| Defendant. ) | |
| ) | |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release and the Court having reviewed the motion and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Smith's supervised release is warranted by the conduct of Mr. Smith and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Smith shall be terminated, effective immediately.

//

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Bruce Edward Smith;* CR07-330RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 8th day of March, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Bruce Smith

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Bruce Edward Smith;* CR07-330RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100